Send -0

FILED
CLERK, U.S. DISTRICT COURT

NOV 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Cavin Deon Whitmore<br><br>        Defendant. | Case No. ED CR 00-00100-VAP<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the **Central Dist. of CA** involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ ) the appearance of defendant as required; and/or

    B. ( ✓ ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _Commission of felony while on supervised release; prior record._

   B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _prior failure to appear; failure to comply with court-ordered conditions of supervision/release_

IT IS ORDERED that defendant be detained.

DATED:  11/17/08

                             HONORABLE JACQUELINE CHOOLJIAN
                             United States Magistrate Judge