1
2
3
4   FILED - SOUTHERN DIVISION
    CLERK, U.S. DISTRICT COURT
5
    SEP 24 2009
6
    CENTRAL DISTRICT OF CALIFORNIA
    BY   SDN   DEPUTY
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No.: EDCR 00-100 VAP |
| 12                Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| 13        vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| 14 Whitmore, Cavin Deon | ) | |
| 15                Defendant. | ) | |

17    The defendant having been arrested in this District pursuant to a warrant issued
18 by the United States District Court for the ____CD CA_____,
19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20 release]; and
21    The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23    The Court finds that:
24 A.   (X) The defendant has not met his/her burden of establishing by clear and
25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26        3142(b) or (c). This finding is based on __Backgrd, cmty ties__
27 __unknown due to failure to interview; bail absconding__
28 __resources unknown; recent FTA and prior, demonstrated__

1  _lack of amenability to supervision;_
2  _substance abuse history;_
3  and/or
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on _crim history record, which_
8  _includes several instances of_
9  _def committing new offenses_
10  _while under supervision_

IT THEREFORE IS ORDERED that the defendant be detained ~~pending~~ further revocation proceedings.

DATED: 9/24/09

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2