Priority Send
cc: USPO

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

*A-M-E-N-D-E-D*

| | |
|---|---|
| UNITED STATES OF AMERICA , ) | ED CR 00-00100 VAP |
| ) | |
| Plaintiff, ) | JUDGMENT AND COMMITMENT |
| v. ) | ORDER FOLLOWING |
| ) | REVOCATION OF SUPERVISED |
| CAVIN DEON WHITMORE, ) | RELEASE |
| ) | |
| Defendant. ) | |
| ) | |

On Monday, November 30, 2009, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on August 8, 2009. Appearing on behalf of the Defendant was Appointed Counsel, Stephen Frye, and appearing on behalf of the Government was Assistant United States Attorney Corey Lee. Also present was Probation Officer, Amy Young.

The Defendant after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. Two and Four, and denies allegation Nos. One and Three.

The Government moved to dismiss allegation Nos. One and Three as set forth in the Petition. IT IS SO ORDERED.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California, filed on April 8, 2002.

The Court ORDERS the term of supervised release imposed on January 23, 2009 be REVOKED.

1    It is adjudged that Defendant, CAVIN DEON WHITMORE, is hereby committed to time served
2 as to allegation Nos. Two and Four.

3    Further, the defendant is placed back on supervised release until **_May 31, 2010_**, under the
4 previous terms and conditions as imposed, with the following condition:

5    The defendant shall reside at and participate in a community corrections center (community
6 corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.
7 The defendant shall obtain full or part-time employment within 30 days from today's date. The Court
8 recommends that the placement be as close as possible to the defendant's place of employment.

9    During the defendant's participation in the community corrections center facility, the subsistence
10 is waived; however, it is further ordered that the defendant shall pay 25% of his gross income towards
11 the restitution previously ordered in the Judgment and Probation/Commitment Order filed April 8, 2002.

12    The defendant's term of supervised release should be completed on May 31, 2009.

13    With time served, the defendant is ordered released forthwith. Release Order No. D 8856.

16    IT IS SO ORDERED.

18    Date  December 22, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge

CLERK, U. S. DISTRICT COURT

By:   M. Dillard
       M. Dillard, Courtroom Deputy

S:\vap\crd's forms\2cr-revocation order.frm        2