Priority Send
cc: USPO

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | ED CR 00-00100 VAP |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| v. | ) | |
| CAVIN DEON WHITMORE, | ) | |
| Defendant. | ) | |

On Monday, March 29, 2010, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on March 15, 2010.  Appearing on behalf of the Defendant was Appointed Counsel, Stephen Frye,  and appearing on behalf of the Government was Assistant United States Attorney Daniel Ackerman.  Also present was Probation Officer,  Amy Young.

The Defendant after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. One and Two.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California, filed on April 8, 2002.

The Court ORDERS the term of supervised release imposed on November 30, 2009 be REVOKED.

It is adjudged that Defendant, CAVIN DEON WHITMORE, is hereby committed to the custody of the Bureau of Prisons, to be imprisoned for a term of six months.  This term consists of six months on

1  each of allegations one and two, to be served concurrently.  No term of supervised release to follow after
2  the defendant has served his period of imprisonment.
3         It is ordered that the defendant shall surrender himself not later than 12:00 NOON, April 5,
4  2010, to the United States Marshals Service, located at:.
5              United States Court House
6              3470 Twelfth Street, Room G-122
7              Riverside, CA 92501

10      IT IS SO ORDERED.

12      Date  March 30, 2010

                                               _____
                                                    VIRGINIA A. PHILLIPS
                                                    United States District Judge

        CLERK, U. S. DISTRICT COURT

        By:  M. Dillard
             M. Dillard, Courtroom Deputy